UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

DONNA LANGAN
A/K/A PETER KEVIN LANGAN
Reg. No.: 64023-061
FMC, CARSWELL
P.O. BOX 27137, UNIT 6
FT. WORTH, TX  76127

Index No.: 21-cv-XXXXX

      Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,
MICHAEL CARVAJAL, DR. ELIZABETH STAHL,
IAN CONNORS, DEFENDANT J. DOE 1,
DR. ALISON LEUKEFELD, SHANNON ROBBINS,
DON LEWIS, JENNIFER EPPLIN, TCCT MEMBERS
J. DOES 2-11, and TEC MEMBERS J. DOES 12-21,
320 FIRST ST. NW, SUITE 958
WASHINGTON, D.C. 20534

      Defendants.

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with the Rules Governing the Admission of Attorneys of the United States District Court for the District of Columbia, the undersigned respectfully moves for the admission *pro hac vice* of Moira Meltzer-Cohen for purposes of appearance as co-counsel on behalf of Donna Langan in the above-styled case only. Counsel makes this motion pursuant to Local Rules LCcR 83.2 (c) and (d).

1. Moira Meltzer-Cohen is admitted to practice in New York State and is in good standing with the New York State Bar, as well as *pro hace vice* in the United States District Courts for the Eastern and Western Districts of Virginia.

2. Movant Christopher Leibig is a  member in good standing of District of Columbia Bar and of this Court.

3. Christopher's Liebig's address and contact information are as follows:
114 North Alfred Street, Alexandria VA 22314

4. Moira Meltzer-Cohen's address and contact information are as follows:
277 Broadway, Suite 1501, New York, NY 10007

5. Moira Meltzer-Cohen has not been admitted *pro hac vice* to this Court in the last two years.

6. Moira Meltzer-Cohen certifies, by notarized attestation below, that she has not been disciplined by any bar.

For the above stated, reasons, counsel respectfully requests that the motion be granted.

Date: September 24, 2021

Respectfully submitted,

*/s/ Christopher Leibig*

Christopher Leibig

**Certification:** I, Moira Meltzer-Cohen, swear and affirm under penalty of perjury that the above-stated facts are true and accurate.

Moira Meltzer-Cohen
277 Broadway, Suite 1501
New York, NY 10007
c: 347.248.6771
mo_at_law@protonmail.com

UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

DONNA LANGAN
A/K/A PETER KEVIN LANGAN
Reg. No.: 64023-061
FMC, CARSWELL
P.O. BOX 27137, UNIT 6
FT. WORTH, TX  76127

Index No.: 21-cv-XXXXX

      Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,
MICHAEL CARVAJAL, DR. ELIZABETH STAHL,
IAN CONNORS, DEFENDANT J. DOE 1,
DR. ALISON LEUKEFELD, SHANNON ROBBINS,
DON LEWIS, JENNIFER EPPLIN, TCCT MEMBERS
J. DOES 2-11, and TEC MEMBERS J. DOES 12-21,
320 FIRST ST. NW, SUITE 958
WASHINGTON, D.C. 20534

      Defendants.

## ORDER GRANTING MOTION TO APPEAR
### *PRO HAC VICE*

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Moira Meltzer-Cohen, pursuant to the Rules Governing the Admission in the United States District Court for the District of Columbia. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Moira Meltzer-Cohen may appear and participate in this action on behalf of Donna Langan a.k.a. Peter Kevin Langan. The Clerk shall provide electronic notification of all electronic filings to Moira Meltzer-Cohen at mo_at_law@protonmail.com.

It is ORDERED this _____ day of September 2021.

_____
JUDGE