UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
-----------------------------------------------------------------X
DONNA LANGAN
A/K/A PETER KEVIN LANGAN

                                 *Plaintiff*,

v.

              Case No. 21-cv-2524

FEDERAL BUREAU OF PRISONS, ET AL.

              **DECLARATION OF SERVICE**

                                 *Defendants*.

------------------------------------------------------------------ X

       I, CHRISTINE DRISCOLL, declare under penalty of perjury that the following is true and correct:

       1.    I am a law clerk with Cohen&Green P.L.L.C., attorneys for Plaintiff in the above captioned matter.

       2.    On or about November 16, 2021, I served a copy of the amended Civil Cover Sheet, Complaint, Summons, Notice and Consent to Magistrate dated October 8, 2021 and docketed October 8, 2021 upon the United States Attorney General and the United States Attorney's Office for this District by placing a sealed envelope, with postage prepaid thereon, in a post-office of the U.S. Postal Service within the State of New York, addressed to:

        Attorney General
        U.S. Department of Justice
        950 Pennsylvania Avenue, NW
        Washington, D.C. 20530

            and

        U.S. Attorney's Office
        555 4th St., NW
        Washington, DC 20530

Executed:    Brooklyn, NY
                    November 16, 2021

                                                     *Christine Driscoll*
                                                     _____
                                                     CHRISTINE E. DRISCOLL