UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONNA LANGAN<br>(a.k.a. PETER KEVIN LANGAN),<br><br>                Plaintiff,<br><br>                v.<br><br>FEDERAL BUREAU OF PRISONS, *et al.*,<br><br>                Defendants. | Case No. 21-cv-2524-DLF |

### NOTICE OF ERRATA

On January 12, 2022, Defendants filed a Consent Motion to Set Consolidated Deadline for All Defendants to Respond to the Complaint ("Motion"). ECF 16. That Motion stated that the BOP had "already tentatively identified a surgeon to perform 'bottom surgery' on Plaintiff." *Id*. at 2-3. BOP provided undersigned counsel with that information and reviewed and approved the Motion before it was filed. Recently, BOP notified the undersigned counsel that the statement required clarification and further explanation.

Although BOP reports that it has been in contact with a surgeon regarding Plaintiff's request for surgery, BOP has concluded that it must proceed through the federal procurement process in order to retain a surgeon to perform gender confirmation surgery on Plaintiff. BOP also confirmed that this process is underway but, because that procurement process must be followed, it may have been premature to state that BOP had "already tentatively identified a surgeon" to perform surgery on Plaintiff. Defendants and counsel take their obligations of candor to the Court seriously and wanted to clarify this statement in the Motion immediately.

Defendants and counsel regret any confusion this may have caused.

Dated: February 19, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Director, Federal Programs Branch

/s/Joshua M. Kolsky
Joshua M. Kolsky
John J. Robinson
Trial Attorneys
United States Department of Justice
Federal Programs Branch
1100 L St. NW
Washington, DC 20530
Tel.:   (202) 305-7664
Fax:   (202) 616-8470
Email:  joshua.kolsky@usdoj.gov

*Counsel for BOP and the Official-Capacity Defendants*


C. SALVATORE D'ALESSIO, JR.
Acting Director, Torts Branch

ANDREA W. MCCARTHY
Acting Assistant Director, Torts Branch


/s/ Andrea Jae Friedman
ANDREA JAE FRIEDMAN
Trial Attorney
United States Department of Justice
Civil Division, Torts Branch
Ben Franklin Station, P.O. Box 7146
Washington, DC 20005
E-mail: andrea.j.friedman@usdoj.gov
(202) 305-0336

*Counsel for the Individual-Capacity Defendants*