## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

DONNA LANGAN     )
(a.k.a. PETER KEVIN LANGAN),  )
           )
      Plaintiff,  )
           )  Case No. 21-cv-2524-DLF
      v.   )
           )
FEDERAL BUREAU OF PRISONS, *et al.*, )
           )
      Defendants. )

### JOINT MOTION TO STAY

Plaintiff Donna Langan and Defendants Federal Bureau of Prisons ("BOP") and, in their official capacities, Michael Carvajal, Elizabete Stahl, Ian Connors, Alison Leukefeld, Shannon Robbins, Don Lewis, and Jennifer Epplin (collectively, "Official-Capacity Defendants") respectfully move the Court to stay the official-capacity claims in this litigation for a period of ninety days. *See Landis v. North American Co.*, 299 U.S. 248, 254 (1936) ("[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants.").

Plaintiff is a transgender woman, and an inmate in the custody of BOP. Plaintiff's Complaint seeks, *inter alia*, an order requiring BOP to provide her gender confirmation surgeries. The complaint names as defendants BOP and seven BOP officials in their official and individual capacities. On March 8, 2022, the Official-Capacity Defendants filed a Motion to Dismiss in Part and for Partial Summary Judgment. ECF No. 19.[1] That Motion reported that, on January 27,

---

[1] The individuals separately moved to dismiss the individual capacity claims. *See* ECF No. 18. Those individual-capacity defendants do not join in this motion and do not seek a stay of the litigation as to the individual-capacity claims.

2022, BOP's Medical Director issued a memorandum stating that "[i]nmate Langan has been approved to begin the surgical consultation process for gender affirming surgery" and that BOP has begun the procurement process to retain a surgeon or surgeons to perform gender confirmation surgeries on Plaintiff.  ECF No. 19, Statement of Material Facts Not in Dispute, ¶¶ 6-7.

In light of the approval by BOP's Medical Director and BOP's efforts to retain a surgeon or surgeons, the parties believe there is a possibility that all claims in this case might be resolved without the need for further litigation.  From Plaintiff's perspective, this will largely depend on whether BOP makes reasonable and consistent progress in its efforts to locate a surgeon or surgeons for Plaintiff — and ultimately whether Plaintiff receives the medical care she seeks. Accordingly, the parties respectfully request that the official-capacity claims in this matter be stayed for a period of 90 days in order to preserve the resources of the parties and the Court.[2]  The parties propose that they file a Joint Status Report seven days before the expiration of the stay in which they will indicate whether they request an extension of the stay.

The Official-Capacity Defendants agree to provide updates to Plaintiff every month during the proposed stay, in which they will inform Plaintiff of significant steps BOP has taken in the preceding month towards providing gender confirmation surgeries to Plaintiff.  To the extent Plaintiff may request additional information from BOP during the stay, the Official-Capacity Defendants agree to consider such requests in good faith, taking into account factors including but not limited to whether the requests are overly burdensome or seek privileged or otherwise protected information, as well as whether the information might be provided with certain limitations or an order under Fed. R. Ev. 502(d), in the interest of avoiding further litigation.

---

[2] Plaintiff has separately stipulated to dismiss individual capacity claims without prejudice, and does not intend to re-file them if she is able to obtain the medical treatment she seeks.

For the foregoing reasons, Plaintiff and the Official-Capacity Defendants respectfully request a stay of the litigation as it pertains to the Official-Capacity Defendants for a period of 90 days. A proposed order is attached.

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

*/s/Joshua M. Kolsky*
Joshua M. Kolsky
John J. Robinson
Trial Attorneys
United States Department of Justice
Federal Programs Branch
1100 L St. NW
Washington, DC 20530
Tel.:    (202) 305-7664
Fax:    (202) 616-8470
Email: joshua.kolsky@usdoj.gov

*Counsel for BOP and the Official-Capacity Defendants*

**COHEN&GREEN P.L.L.C.**

By:      _____/s/_____
J. Remy Green (*pro hac vice*)
1639 Centre Street, Suite 216
Ridgewood (Queens), NY 11385
    t: (929) 888-9480
    f: (929) 888-9457
    e: remy@femmelaw.com

*Counsel for Plaintiff*