# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| DONNA LANGAN | ) | |
| (a.k.a. PETER KEVIN LANGAN), | ) | |
|  | ) | |
| Plaintiff, | ) | |
|  | ) | |
| v. | ) | Case No. 21-cv-2524-DLF |
|  | ) | |
| FEDERAL BUREAU OF PRISONS, *et al.*, | ) | |
|  | ) | |
| Defendants. | ) | |

## JOINT STATUS REPORT

The parties respectfully submit this Joint Status Report pursuant to the Court's March 29, 2022, Minute Order.  That Minute Order stayed this action until June 27, 2022, and directed the parties to submit a joint status report on or before June 20, 2022.

Plaintiff is a transgender woman, and an inmate in the custody of the Federal Bureau of Prisons.  Plaintiff's Complaint seeks, *inter alia*, an order requiring BOP to provide her gender confirmation surgeries.  Defendants previously reported that BOP's Medical Director issued a memorandum stating that "[i]nmate Langan has been approved to begin the surgical consultation process for gender affirming surgery" and that BOP has begun the procurement process to retain a surgeon or surgeons to perform gender confirmation surgeries on Plaintiff.  ECF No. 19, Statement of Material Facts Not in Dispute, ¶¶ 6-7.

Defendants report that, since the Court stayed this case, BOP has continued to make progress towards providing gender confirmation surgeries to Plaintiff.  BOP has been following a procurement process to enter into a contract for a range of gender confirmation surgical services that BOP can then use to provide such services to various individuals within its custody.  As that

process has advanced, BOP has determined it will also pursue a separate procurement focused on, and specifically for, Plaintiff's surgical needs.  BOP believes that such a focused procurement will likely result in providing services to Plaintiff more quickly.  BOP is therefore preparing certain procurement documents—a Request for Contract Action that includes a Performance Work Statement and other documents—tailored to the gender confirmation surgeries and related services that Plaintiff requires.

Defendants further report that Plaintiff attended an initial surgical consultation on June 10, 2022, with a surgeon in Dallas, Texas.  This consultation was arranged in part to inform the procurement process with respect to Plaintiff's need for gender confirmation surgical services. BOP is continuing to communicate with the Dallas-based surgeon to obtain information on the nature of treatment needed to meet Plaintiff's needs and technical information to be incorporated into the solicitation.  Defendants report that BOP will use information acquired from the surgeon to finalize the Request for Contract Action, and then proceed with the competitive bidding process.

In light of the steps Defendants have taken towards providing surgeries to Plaintiff, the parties believe there is a possibility that all claims in this case might be resolved without the need for further litigation.  Plaintiffs concur that the actions of the government appear to show that the surgery is on track, and will not be postponed excessively, or artificially delayed.  Accordingly, the parties respectfully request that the Court continue the stay of this case for a period of 90 days in order to preserve the resources of the parties and the Court.  The parties propose that they file a Joint Status Report seven days before the expiration of the stay in which they will indicate whether they request an extension of the stay.

As before, Defendants agree to provide updates to Plaintiff every month during the proposed stay, in which they will inform Plaintiff of significant steps BOP has taken in the

preceding month towards providing gender confirmation surgeries to Plaintiff.  To the extent

Plaintiff may request additional information from BOP during the stay, Defendants agree to

consider such requests in good faith, taking into account factors including but not limited to

whether the requests are overly burdensome or seek privileged or otherwise protected information,

as well as whether the information might be provided with certain limitations or an order under

Fed. R. Ev. 502(d), in the interest of avoiding further litigation.


                              Respectfully submitted,

                              BRIAN M. BOYNTON
                              Principal Deputy Assistant Attorney General

                              ALEXANDER K. HAAS
                              Director, Federal Programs Branch

                              */s/Joshua M. Kolsky*
                              Joshua M. Kolsky
                              John J. Robinson
                              Trial Attorneys
                              United States Department of Justice
                              Federal Programs Branch
                              1100 L St. NW
                              Washington, DC 20530
                              Tel.:   (202) 305-7664
                              Fax:    (202) 616-8470
                              Email: joshua.kolsky@usdoj.gov

                              *Counsel for Defendants*


                              **COHEN&GREEN P.L.L.C.**


                              By:          /s/
                              J. Remy Green (*pro hac vice*)
                              1639 Centre Street, Suite 216
                              Ridgewood (Queens), NY 11385
                                  t: (929) 888-9480

f: (929) 888-9457
e: remy@femmelaw.com

*Counsel for Plaintiff*