UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONNA LANGAN <br> (a.k.a. PETER KEVIN LANGAN), <br> <br> Plaintiff, <br> <br> v. <br> <br> FEDERAL BUREAU OF PRISONS, *et al.*, <br> <br> Defendants. | Case No. 21-cv-2524-DLF |

**JOINT STATUS REPORT**

The parties respectfully submit this Joint Status Report pursuant to the Court's June 17, 2022, Minute Order. That Minute Order stayed this action until September 16, 2022, and directed the parties to submit a joint status report on or before September 14, 2022.

Plaintiff is a transgender woman, and an inmate in the custody of the Federal Bureau of Prisons. Plaintiff's Complaint seeks, *inter alia*, an order requiring BOP to provide her gender confirmation surgeries. Defendants previously reported that BOP's Medical Director issued a memorandum stating that "[i]nmate Langan has been approved to begin the surgical consultation process for gender affirming surgery" and that BOP has begun the procurement process to retain a surgeon or surgeons to perform gender confirmation surgeries on Plaintiff. ECF No. 19, Statement of Material Facts Not in Dispute, ¶¶ 6-7. BOP later reported that it was preparing certain procurement documents—a Request for Contract Action that includes a Performance Work Statement and other documents—tailored to the gender confirmation surgeries and related services that Plaintiff requires. ECF No. 22.

Defendants report that, since the last status report, BOP has finalized the Request for Contract Action relating to Ms. Langan's surgical needs and, on August 26, 2022, it posted a solicitation for services on the government's Systems for Award Management webpage.[1] The closing date for quotes in response to the solicitation is October 10, 2022. After the closing date, BOP will evaluate, in accordance with the solicitation requirements, quotes submitted in response to the solicitation. After completing the evaluation process of all quotes received, BOP will make an award determination.

In light of the steps Defendants have taken towards providing surgeries to Plaintiff, the parties believe there is a possibility that all claims in this case might be resolved without the need for further litigation. Plaintiffs concur that the actions of the government appear to show that the surgery is on track, and will not be postponed excessively, or artificially delayed. Accordingly, the parties respectfully request that the Court continue the stay of this case for a period of 90 days in order to preserve the resources of the parties and the Court. The parties propose that they file a Joint Status Report seven days before the expiration of the stay in which they will indicate whether they request an extension of the stay.

As before, Defendants agree to provide updates to Plaintiff every month during the proposed stay, in which they will inform Plaintiff of significant steps BOP has taken in the preceding month towards providing gender confirmation surgeries to Plaintiff. To the extent Plaintiff may request additional information from BOP during the stay, Defendants agree to consider such requests in good faith, taking into account factors including but not limited to whether the requests are overly burdensome or seek privileged or otherwise protected information,

---

[1] https://sam.gov/opp/dd69de3b1065474ba8dbbbe6a70de59e/view.

as well as whether the information might be provided with certain limitations or an order under Fed. R. Ev. 502(d), in the interest of avoiding further litigation.

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

*/s/Joshua M. Kolsky*
Joshua M. Kolsky
John J. Robinson
Trial Attorneys
United States Department of Justice
Federal Programs Branch
1100 L St. NW
Washington, DC 20530
Tel.:   (202) 305-7664
Fax:    (202) 616-8470
Email: joshua.kolsky@usdoj.gov

*Counsel for Defendants*


**COHEN&GREEN P.L.L.C.**


By:           /s/
J. Remy Green (*pro hac vice*)
1639 Centre Street, Suite 216
Ridgewood (Queens), NY 11385
   t: (929) 888-9480
   f: (929) 888-9457
   e: remy@femmelaw.com

*Counsel for Plaintiff*