UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONNA LANGAN<br>(a.k.a. PETER KEVIN LANGAN),<br><br>                Plaintiff,<br><br>        v.<br><br>FEDERAL BUREAU OF PRISONS, *et al.*,<br><br>                Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case No. 21-cv-2524-DLF<br>)<br>)<br>)<br>)<br>) |

**JOINT STATUS REPORT**

The parties respectfully submit this Joint Status Report pursuant to the Court's September 14, 2022 Minute Order. That Minute Order stayed this action until December 13, 2022, and directed the parties to submit a joint status report on or before December 6, 2022. By Minute Order dated December 6, 2022, the Court extended the deadline to submit a joint status report until December 20, 2022.

Plaintiff is a transgender woman, and an inmate in the custody of the Federal Bureau of Prisons. Plaintiff's Complaint seeks, *inter alia*, an order requiring BOP to provide her gender confirmation surgeries. Defendants previously reported that BOP's Medical Director issued a memorandum stating that "[i]nmate Langan has been approved to begin the surgical consultation process for gender affirming surgery" and that BOP has begun the procurement process to retain a surgeon or surgeons to perform gender confirmation surgeries on Plaintiff. ECF No. 19, Statement of Material Facts Not in Dispute, ¶¶ 6-7. BOP later reported that it posted a solicitation

for services relating to Ms. Langan's surgical needs on the government's Systems for Award Management webpage.[1]

Defendants report that BOP awarded a contract for Ms. Langan's surgical services on December 9, 2022.  The contract encompasses both "top" and "bottom" surgeries.

Plaintiff has requested BOP provide permanent facial hair removal as a form of treatment for gender dysphoria.  BOP has not yet determined its position with regard to that request.

Plaintiffs understand that as part of a recent settlement, FBOP made a generalized commitment to recognizing that permanent facial hair removal is in fact a medically necessary treatment for gender dysphoria. Plaintiffs therefore assume that BOP's position will be determined in a manner consistent with its previous commitments.  Defendants disagree with Plaintiff's characterization of the settlement but they believe that it is unnecessary to debate this issue in this Joint Status Report especially given that, as noted, BOP has not yet determined its position on the request for facial hair removal.

Subject to BOP determining its position with regard to Plaintiff's request for permanent facial hair removal and given the steps Defendants have taken towards providing surgeries to Plaintiff, the parties believe it is possible that Plaintiff's claims might be resolved without the need for further litigation.  Plaintiffs concur that the actions of the government appear to show that the surgery is on track, and will not be postponed excessively, or artificially delayed.  Accordingly, the parties respectfully request that the Court continue the stay of this case for a period of 90 days in order to preserve the resources of the parties and the Court.  The parties propose that they file a Joint Status Report seven days before the expiration of the stay in which they will indicate whether they request an extension of the stay.

---

[1] https://sam.gov/opp/dd69de3b1065474ba8dbbbe6a70de59e/view.

As before, Defendants agree to provide updates to Plaintiff every month during the proposed stay, in which they will inform Plaintiff of significant steps BOP has taken in the preceding month towards providing gender confirmation surgeries to Plaintiff. To the extent Plaintiff may request additional information from BOP during the stay, Defendants agree to consider such requests in good faith, taking into account factors including but not limited to whether the requests are overly burdensome or seek privileged or otherwise protected information, as well as whether the information might be provided with certain limitations or an order under Fed. R. Ev. 502(d), in the interest of avoiding further litigation.

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

*/s/Joshua M. Kolsky*
Joshua M. Kolsky
John J. Robinson
Trial Attorneys
United States Department of Justice
Federal Programs Branch
1100 L St. NW
Washington, DC 20530
Tel.:   (202) 305-7664
Fax:   (202) 616-8470
Email: joshua.kolsky@usdoj.gov

*Counsel for Defendants*

**COHEN&GREEN P.L.L.C.**

By:         /s/
J. Remy Green (*pro hac vice*)

                              1639 Centre Street, Suite 216
                              Ridgewood (Queens), NY 11385
                                  t: (929) 888-9480
                                  f: (929) 888-9457
                                  e: remy@femmelaw.com

*Counsel for Plaintiff*